UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: COLLINS, ROBERT JAMES       § Case No. 08-13537
       COLLINS, MARIA              §
                                   §
Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 6/17/10 in Courtroom 140, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/08/2010        By: /s/CHARLES J. MYLER
                                    Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: COLLINS, ROBERT JAMES § Case No. 08-13537
COLLINS, MARIA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 55,000.00

*and approved disbursements of*   $ 39,015.28

*leaving a balance on hand of* [1]   $ 15,984.72

Claims of secured creditors will be paid as follows:

*Claimant*   *Proposed Payment*
  N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 6,000.00 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 3,410.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles Myler | $ | $ 80.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*   *Fees*   *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,623.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Cottonwood Financial Illinois, LLC. | $ 1,405.22 | $ 548.92 |
| 2 | Regional Diagnostics LLC | $ 438.30 | $ 171.21 |
| 3 | AmeriCredit Financial Services, Inc. | $ 13,930.87 | $ 5,441.81 |
| 4 | Fingerhut Direct Marketing Inc. CIT Bank | $ 141.27 | $ 55.18 |
| 5 | Premier Bankcard/Charter | $ 708.26 | $ 276.67 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                                    *Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                                    *Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/CHARLES J. MYLER
                      Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez              Page 1 of 2            Date Rcvd: May 10, 2010
Case: 08-13537                Form ID: pdf006            Total Noticed: 32

The following entities were noticed by first class mail on May 12, 2010.
db/jdb        +Robert James Collins,    Maria Collins,    663 Dean Dr,    Apt #1,    South Elgin, IL 60177-2629
aty           +Nora Flaherty Vogel,    The Law Offices of Peter Francis Geraci,    55 East Monroe Suite #3400,
                Chicago, IL 60603-5920
aty           +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
                Aurora, IL 60505-3338
tr            +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                Aurora, IL 60505-3338
12273830      +ACE Cash Advance,    Attn: Bankruptcy Dept.,    1145 W Spring Street,    Suite T4,
                South Elgin, IL 60177-1408
12273817      +ACE Cash Advance,    Attn: Bankruptcy Dept.,    1145 W Springs St Ste T4,
                South Elgin, IL 60177-1408
12273818     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit,    Bankruptcy Department,    PO Box 183853,
                Arlington, TX 76096)
12447605     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, TX 76096)
12273822      +AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
12273815      +Accelerated Rehab Centers LTD,    Attn: Bankruptcy Dept.,    35212 Eagle Way,
                Chicago, IL 60678-0001
12273816      +Associated Physicians,    Dr. A Gomez MD MBA,    373 Summit Ste 101,    Elgin, IL 60120-3748
12273807      +Capital One,    Bankruptcy Department,    PO Box 60024,    City Of Industry, CA 91716-0024
12273810       Dish Network,    Attn: Bankruptcy Dept.,    Dept. 0063,    Palatine, IL 60055-0063
12273825      +Drs Garb & McGuire, LTD,    Attn: Bankruptcy Dept.,    1710 N. Randall Road,    Suite 250,
                Elgin, IL 60123-9408
12273820      +Fiat Financial,    Attn: Bankruptcy Dept.,    174 N LaFox,    South Elgin, IL 60177-1612
12273824      +Fingerhut,    Bankruptcy Department,    PO Box 1250,    St. Cloud, MN 56395-1250
12490958      +Fingerhut Direct Marketing Inc. CIT Bank,    6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
12273806      +First Premier Bank,    Bankruptcy Department,    PO Box 5524,    Sioux Falls, SD 57117-5524
12273805      +HSBC,    Bankruptcy Department,    PO Box 5213,    Carol Stream, IL 60197-5213
12273832      +HSBC Auto Finance,    Bankruptcy Department,    PO Box 17548,    Baltimore, MD 21297-1548
12273808      +NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
                Horsham, PA 19044-2308
12273819       OSI Collection Services, Inc.,    Bankruptcy Department,    PO Box 983,    Brookfield, WI 53008-0983
12537142      +Premier Bankcard/Charter,    PO BOX 2208,    Vacaville CA 95696-8208
12273804      +Professional Account Mgmt,    Bankruptcy Department,    PO Box 391,    Milwaukee, WI 53201-0391
12273811      +Provena St. Joseph Hospital,    Attn: Bankruptcy Department,    77 North Airlite Street,
                Elgin, IL 60123-4998
12273813      +Regional Diagnostics LLC,    Attn: Bankruptcy Dept.,    P.O. Box 92292,    Cleveland, OH 44193-0003
12273812      +Sherman Hospital,    Attn: Bankruptcy Department,    934 Center St.,    Elgin, IL 60120-2198
12273823       Southwest Credit Systems,    Bankruptcy Department,    5910 W. Plano Pkwy., #100,
                Plano, TX 75093-2202
12273803       TCF Bank,    Attn: Bankruptcy Department,    PO Box 1501,    Minneapolis, MN 55480-1501
12273814      +United Anesthesia Associates,    Attn: Bankruptcy Dept.,    5452 Reliable Pkwy,
                Chicago, IL 60686-0001

The following entities were noticed by electronic transmission on May 10, 2010.
12273831       E-mail/Text: bankruptcy@cottonwoodfinancial.com                            The Cash Store,
                Bankruptcy Department,    300 S. McLean Blvd,    Ste N,    Elgin, IL 60123
12401255      +E-mail/Text: bankruptcy@cottonwoodfinancial.com
                Cottonwood Financial Illinois, LLC.,    1901 Gateway Drive, Ste 200,    Irving TX 75038-2425
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                Aurora, IL 60505-3338
12273821*     +Fiat Financial,    Attn: Bankruptcy Dept.,    174 N LaFox,    South Elgin, IL 60177-1612
12273809*     +First Premier Bank,    Bankruptcy Department,    PO Box 5524,    Sioux Falls, SD 57117-5524
12273827*     +First Premier Bank,    Bankruptcy Department,    PO Box 5524,    Sioux Falls, SD 57117-5524
12273828*     +First Premier Bank,    Bankruptcy Department,    PO Box 5524,    Sioux Falls, SD 57117-5524
12273826*     +HSBC,    Bankruptcy Department,    PO Box 5213,    Carol Stream, IL 60197-5213
12273829*     +Sherman Hospital,    Attn: Bankruptcy Department,    934 Center St.,    Elgin, IL 60120-2198
                                                                                             TOTALS: 0, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: bchavez           Page 2 of 2              Date Rcvd: May 10, 2010
Case: 08-13537               Form ID: pdf006         Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2010**              **Signature:** _Joseph Speetjens_