UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: COLLINS, ROBERT JAMES | § | Case No. 08-13537 |
| COLLINS, MARIA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,550.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $6,493.79 | Claims Discharged Without Payment: $27,760.13 |
| Total Expenses of Administration: $33,506.21 | |

3) Total gross receipts of $ 55,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 --GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury case. Michael Marsh, Attorney. | 1142-000 | 55,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 --FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Collins and Maria Collins | Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 --SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 --CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 3,490.93 | 33,506.21 | 33,506.21 | 33,506.21 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 18,130.00 | 16,623.92 | 16,623.92 | 6,493.79 |
| **TOTAL DISBURSEMENTS** | $21,620.93 | $50,130.13 | $50,130.13 | $40,000.00 |

4) This case was originally filed under Chapter 7 on May 28, 2008. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/06/2010     By: /s/CHARLES J. MYLER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Charles Myler | 2200-000 | N/A | 80.93 | 80.93 | 80.93 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 3,410.00 | 3,410.00 | 3,410.00 |
| Mayer & Marsh | 3210-600 | N/A | 18,331.50 | 18,331.50 | 18,331.50 |
| Mayer & Marsh | 3420-590 | N/A | 2,785.55 | 2,785.55 | 2,785.55 |
| Suburban Orthopaedics | 3992-000 | N/A | 2,898.23 | 2,898.23 | 2,898.23 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 33,506.21 | 33,506.21 | 33,506.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 11 Fiat Financial | 5200-000 | unknown | N/A | N/A | 0.00 |
| 22 Sherman Hospital | 5200-000 | unknown | N/A | N/A | 0.00 |
| 10 Fiat Financial | 5200-000 | unknown | N/A | N/A | 0.00 |
| 23 Sherman Hospital | 5200-000 | unknown | N/A | N/A | 0.00 |
| 20 Provena St. Joseph Hospital | 5200-000 | unknown | N/A | N/A | 0.00 |
| 14 First Premier Bank Bankruptcy Department | 5200-000 | unknown | N/A | N/A | 0.00 |
| 17 HSBC Bankruptcy Department | 5200-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| 9 Drs Garb & McGuire, LTD | 5200-000 | unknown | N/A | N/A | 0.00 |
| 16 First Premier Bank Bankruptcy Department | 5200-000 | unknown | N/A | N/A | 0.00 |
| 15 First Premier Bank Bankruptcy Department | 5200-000 | unknown | N/A | N/A | 0.00 |
| Law Firm(s) \| Collection Agent(s) Representing the 3 ACE Cash Advance | 5200-000 | unknown | N/A | N/A | 0.00 |
| 2 ACE Cash Advance | 5200-000 | unknown | N/A | N/A | 0.00 |
| 26 United Anesthesia Associates | 5200-000 | unknown | N/A | N/A | 0.00 |
| Law Firm(s) \| Collection Agent(s) Representing the | 5200-000 | unknown | N/A | N/A | 0.00 |
| Law Firm(s) \| Collection Agent(s) Representing the 18 HSBC Bankruptcy Department | 5200-000 | unknown | N/A | N/A | 0.00 |
| 6 AT&T Bankruptcy Dept. | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cottonwood Financial Illinois, LLC. | 7100-000 | N/A | 1,405.22 | 1,405.22 | 548.92 |
| Regional Diagnostics LLC | 7100-000 | 500.00 | 438.30 | 438.30 | 171.21 |
| AmeriCredit Financial Services, Inc. | 7100-000 | N/A | 13,930.87 | 13,930.87 | 5,441.81 |
| Fingerhut Direct Marketing Inc. CIT Bank | 7100-000 | N/A | 141.27 | 141.27 | 55.18 |
| Premier Bankcard/Charter | 7100-000 | N/A | 708.26 | 708.26 | 276.67 |
| 18 HSBC Bankruptcy Department | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| Record # 351537 | 7100-000 | unknown | N/A | N/A | 0.00 |
| 20 Provena St. Joseph Hospital | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| 26 United Anesthesia Associates | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| Law Firm(s) \| Collection Agent(s) Representing the | 7100-000 | 1,210.00 | N/A | N/A | 0.00 |
| 23 Sherman Hospital | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| 22 Sherman Hospital | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| 14 First Premier Bank Bankruptcy Department | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| 2 ACE Cash Advance | 7100-000 | 600.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| 3 ACE Cash Advance | 7100-000 | 835.00 | N/A | N/A | 0.00 |
| Law Firm(s) \| Collection Agent(s) Representing the | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| Law Firm(s) \| Collection Agent(s) Representing the | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| 6 AT&T Bankruptcy Dept. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| 15 First Premier Bank Bankruptcy Department | 7100-000 | 710.00 | N/A | N/A | 0.00 |
| 16 First Premier Bank Bankruptcy Department | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| 11 Fiat Financial | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| 9 Drs Garb & McGuire, LTD | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| 10 Fiat Financial | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| 17 HSBC Bankruptcy Department | 7100-000 | 8,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 18,130.00 | 16,623.92 | 16,623.92 | 6,493.79 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-13537  
Case Name: COLLINS, ROBERT JAMES  
COLLINS, MARIA  
Period Ending: 08/06/10

Trustee: (330510) CHARLES J. MYLER  
Filed (f) or Converted (c): 05/28/08 (f)  
§341(a) Meeting Date: 06/23/08  
Claims Bar Date: 08/25/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Personal Injury case. Michael Marsh, Attorney. | Unknown | 0.00 | | 55,000.00 | FA |
| 2 | Checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, pictures | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1988 Buick LeSabre | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $2,550.00 | $0.00 | | $55,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee has sent distribution report to US Trustee

Initial Projected Date Of Final Report (TFR): September 30, 2008    Current Projected Date Of Final Report (TFR): May 24, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-13537 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | COLLINS, ROBERT JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | COLLINS, MARIA | | Account: | ***-*****69-66 - Checking Account |
| Taxpayer ID #: | **-***6747 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/06/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref#} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/10 | {1} | Secura | Settlement of PI suit v. Garcia | 1142-000 | 55,000.00 | | 55,000.00 |
| 01/26/10 | 101 | Mayer & Marsh | Special counsel fees | 3210-600 | | 18,331.50 | 36,668.50 |
| 01/26/10 | 102 | Mayer & Marsh | Special counsel expenses | 3420-590 | | 2,785.55 | 33,882.95 |
| 01/26/10 | 103 | Suburban Orthopaedics | Valid physician's lien | 3992-000 | | 2,898.23 | 30,984.72 |
| 03/01/10 | 104 | Robert Collins and Maria Collins | Exemption | 8100-002 | | 15,000.00 | 15,984.72 |
| 04/06/10 | | Wire out to BNYM account 9200******6966 | Wire out to BNYM account 9200******6966 | 9999-000 | -15,984.72 | | 0.00 |

| | | | ACCOUNT TOTALS | 39,015.28 | 39,015.28 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | -15,984.72 | 0.00 | |
| | | | Subtotal | 55,000.00 | 39,015.28 | |
| | | | Less: Payments to Debtors | | 15,000.00 | |
| | | | NET Receipts / Disbursements | $55,000.00 | $24,015.28 | |

Printed: 08/06/2010 11:18 AM    V.12.52

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

Case Number: 08-13537  
Case Name: COLLINS, ROBERT JAMES  
COLLINS, MARIA  
Taxpayer ID #: **-***6747  
Period Ending: 08/06/10

Trustee: CHARLES J. MYLER (330510)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******69-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6966 | Wire in from JPMorgan Chase Bank, N.A. account *******6966 | 9999-000 | 15,984.72 | | 15,984.72 |
| 06/21/10 | 10105 | CHARLES J. MYLER | | 2100-000 | | 6,000.00 | 9,984.72 |
| 06/21/10 | 10106 | Charles Myler | Trustee expenses | 2200-000 | | 80.93 | 9,903.79 |
| 06/21/10 | 10107 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 3,410.00 | 6,493.79 |
| 06/21/10 | 10108 | Cottonwood Financial Illinois, LLC. | Acct #xxx 3465/507136 | 7100-000 | | 548.92 | 5,944.87 |
| 06/21/10 | 10109 | Regional Diagnostics LLC | Ref # DB0057982700, Acct. #xxxx2468 | 7100-000 | | 171.21 | 5,773.66 |
| 06/21/10 | 10110 | AmeriCredit Financial Services, Inc. | Acct. #xxx3465/507136 | 7100-000 | | 5,441.81 | 331.85 |
| 06/21/10 | 10111 | Fingerhut Direct Marketing Inc. CIT Bank | Acct. #xxxx3939 | 7100-000 | | 55.18 | 276.67 |
| 06/21/10 | 10112 | Premier Bankcard/Charter | Acct. #xxxx3195 | 7100-000 | | 276.67 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 15,984.72 | 15,984.72 | $0.00 |
| Less: Bank Transfers | 15,984.72 | 0.00 | |
| Subtotal | 0.00 | 15,984.72 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $15,984.72 | |

Net Receipts: 55,000.00  
Less Payments to Debtor: 15,000.00  
Net Estate: $40,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ***-*****69-66 | 55,000.00 | 24,015.28 | 0.00 |
| Checking # 9200-******69-66 | 0.00 | 15,984.72 | 0.00 |
| | $55,000.00 | $40,000.00 | $0.00 |